AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __OHIO__

UNITED STATES OF AMERICA

V.

NATHAN JESUS BAEZA
*Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 1:19mj03211

Upon motion of the __United States of America__, it is ORDERED that a preliminary/ detention hearing is set for __8/5/2019__ * at __2:00 pm__
                                                      *Date*                    *Time*

before __Magistrate Judge Thomas Parker__
        *Name of Judicial Officer*

__Courtroom 11B, U.S. Courthouse, 801 W. Superior Ave., Cleveland, OH 44113__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
(_____) and produced for the hearing.
   *Other Custodial Official*

Date: __7/29/2019__                                         *(signature)*
                                                          *U.S. Magistrate Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.