IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
AUG 02 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19mj03211 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | THOMAS M. PARKER |
| | ) | |
| NATHAN JESUS BAEZA, | ) | **WAIVER OF DETENTION HEARING** |
| | ) | **AND ORDER** |
| Defendant. | ) | |
| | ) | |

Nathan Jesus Baeza, the above named defendant, accused of having violated United States Codes: 21:846 & 841(a)(1), advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

The court, having personally advised defendant concerning the issues to be addressed in a detention hearing accepts defendant's waiver and orders defendant detained pending trial.

IT IS SO ORDERED.

_____
Thomas M. Parker
United States Magistrate Judge

Dated: ~~July 29, 2019~~ 8/2/2019

_____
Defendant    8-2-19

_____
Counsel for Defendant    8-2-19